UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

BRAD DENNEY,                            )
                                        )    Civil No. 13-98-GFVT
    Plaintiff/Petitioner,               )
                                        )
V.                                      )    **ORDER**
                                        )
CLARK TAYLOR, WARDEN,                   )
                                        )
    Respondent.                         )
                                        )

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court pending review of the Report and Recommendation of United States Magistrate Candace J. Smith [R. 20] filed herein on April 13, 2015. Consistent with local practice, the Report and Recommendation addresses the *pro se* petition for habeas corpus pursuant to 28 U.S.C. § 2254 filed by Brad Denney. The Report and Recommendation concludes that the Petitioner is not entitled to the relief sought, and it recommends that any certificate of appealability be denied. [R. 20 at 28-29.] It also advises the parties that any objections must be filed within fourteen (14) days of service or waive the right to further appeal. [*Id*. at 29.] As of this date, neither party has filed objections nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140,

150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate's Recommended Disposition [**R. 20**] as to Brad Denney is **ADOPTED** as and for the Opinion of the Court;

2. Denney's Petition [**R. 1**] is **DENIED;**

3. A Certificate of Appealability is **DENIED** based on the reasoning contained in the Magistrate's Recommended Disposition [R. 20 at 28]; and

4. **JUDGMENT** in favor of Respondent will be entered contemporaneously herewith and this matter will be **STRICKEN** from the Court's active docket.

This 7th day of May, 2015.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge